JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar # 4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Peter Barrera,<br><br>    Defendant. | No. CR-19-01090-PHX-JJT<br><br>**MOTION FOR MODIFICATION OF RELEASE CONDITIONS**<br><br>**Defendant Not In Custody** |

The defendant, through undersigned counsel, moves the Court to enter an order modifying the conditions of release to remove the condition that Mr. Barrera participate in location monitoring program. Mr. Barrera was released from federal custody on October 4, 2019 by Magistrate Judge Burns. (Doc. 14.) The condition that Mr. Barrera participate in location monitoring was not sought by pretrial services at the time of the detention hearing but was rather added to his conditions of release after the government, which opposed release, proffered that it believed Mr. Barrera may not have been residing at his given address during a period of tribal pretrial release and may have in fact been transient. Mr. Barrera disputed and continues to dispute the government's characterization of his pre-arrest living situation. Nevertheless, evidently in response to the government's concerns, Magistrate Judge Burns imposed a requirement that Mr. Barrera participate in

location monitoring and that he be restricted to his residence every day from 7:00 p.m. until 6:00 a.m., among other requirements (Doc. 15.)

Mr. Barrera has now participated in the location monitoring program for over five months and has had no violations of this or any other condition of pretrial release. The ankle bracelet is uncomfortable, unnecessarily stigmatizing, and not necessary to reduce risk of flight or to protect the public. Mr. Barrera therefore respectfully requests that this Court modify his conditions of pretrial release to remove the requirement that he participate in the location monitoring program.

Undersigned counsel has been in contact with Mr. Barrera's pretrial services officer, Gilbert Lara, who indicates that pretrial services does not oppose the relief requested herein. Specifically, Mr. Lara reports that Mr. Barrera is doing well on pretrial release, that he has complied with location monitoring rules and regulations, that all urinalysis and breathalyzers have been negative for prohibited substances, and that Mr. Barrera is gainfully employed and regularly attending mental health counseling.

Undersigned counsel has also been in contact with assigned Assistant United States Attorney Raynette Logan who indicates that the government does object to the relief requested herein.

Excludable delay is not expected to result from this motion or any order based thereon.

Respectfully submitted:   March 19, 2020.

                                  JON M. SANDS
                                  Federal Public Defender

                                  *s/Jami Johnson*
                                  JAMI JOHNSON
                                  Asst. Federal Public Defender